937 A.2d 420

Joseph DEINAROWICZ, Petitioner,

v.

Thomas CORBETT, Attorney Gen. for the Commonwealth of Penna., James T. Wynder, Superintendent at SCI–Dallas, 1000 Follies Road, Dallas, PA 18612, Respondents.

No. 166 EM 2007.

Supreme Court of Pennsylvania.

Dec. 4, 2007.

## ORDER

PER CURIAM.

AND NOW, this 4th day of December, 2007, the Application to File Original Process is granted and the Petition for Writ of Habeas Corpus is denied.